# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

IN RE:

MICHELE LEE MCDOUGAL  :  CHAPTER 13
              :
  Debtor.       :  CASE NO.: 18-11197

## CERTIFICATE OF MANNER OF SERVICE PURSUANT TO BANKRUPTCY RULE 7004

    This is to certify that I have this day served a copy of the NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN filed in the above styled case on October 10, 2018 (Doc. No. 29) by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Onemain
PO Box 1010
Evansville, IN 47706

OneMain
PO Box 3251
Evansville, IN 47731

OneMain Financial Services, Inc.
601 NW Second Street
Evansville, IN, 47708[1]

OneMain Financial Services, Inc.
c/o C T CORPORATION SYSTEM
289 S Culver St
Lawrenceville, GA, 30046-4805[2]

DATED: October 10, 2018
_____/s_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC

---

[1] Principal office address per Georgia Secretary of State
[2] Registered agent per Georgia Secretary of State

2859 Paces Ferry Rd, SE Suite 1700
Atlanta, GA 30339