UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| | } | |
| MICHELE LEE MCDOUGAL, | } | CASE NO. 18-11197-WHD |
| | } | |
| DEBTOR | } | JUDGE DRAKE |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Melissa J. Davey, Chapter 13 Trustee has filed a *Motion to Motion to Modify Plan, or in the Alternative, Motion to Dismiss Case and Notice of Hearing* and related papers with the Court seeking an order modifying the Plan or dismissing the case*.*

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the *Motion* in Second Floor Courtroom, United States Courthouse, 18 Greenville Street, Newnan, Georgia, 30263, at *9:30 A.M.* on *December 3, 2020*. Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 18 Greenville Street, 2nd Floor, Newnan, Georgia, 30263. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: *October 27, 2020.*

          /s/
Kelsey A. Makeever, GA Bar No.: 371499
Attorney for the Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
TEL: (678) 510-1444; FAX: (678) 510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | { | |
| | { | |
| MICHELE LEE MCDOUGAL, | { | CASE NO. 18-11197-WHD |
| | { | |
| DEBTOR. | { | CHAPTER 13 |

## CHAPTER 13 TRUSTEE'S MOTION TO MODIFY PLAN, OR IN THE ALTERNATIVE, MOTION TO DISMISS CASE

COMES NOW MELISSA J. DAVEY, Standing Chapter 13 Trustee in the above styled case, and files this, her Motion to Modify Plan, or in the Alternative, Motion to Dismiss Case, and respectfully shows the court the following:

1.

This case was filed on June 7, 2018, under Chapter 13, Title 11 of the United States Code, and confirmed on November 20, 2018. The confirmed plan provides for payments of $620.00 per month and a zero percent (0.0%) dividend for unsecured creditors.

2.

The Debtor's 2018 Tax Return shows that the Debtor earned $29,685.00 in adjusted gross income in year 2018. The Debtor's 2019 Tax Return shows that the Debtor earned $42,409.00 in adjusted gross income in year 2019, an increase of $12,724.00 in income during the applicable commitment period that was never disclosed.

3.

The Debtor filed her most recent Schedule I on August 24, 2018 (Doc. No. 20), and represented to the Court that she received gross wage income of just $2,452.41 per month, or $29,428.92 per year, an amount that is $12,980.08 less than the income disclosed on the Debtor's 2019 Federal Tax Return. As a result, it appears that the Debtor's household received more income during the instant case than what was disclosed on the Debtor's Schedule I.

4.

The Debtor has an affirmative duty to disclose any changes in their income or expenses that occur during the pendency of their case. *In re Waldron*, 536 F.3d 1239, 1244 (11th. Cir. 2008); *Robinson v. Tyson Foods (In re Robinson)*, 595 F.3d 1269 (11th Cir. 2010). To date, the Debtor has not filed an Amended Schedule I to disclose the additional income reported on her 2019 Tax Return, nor has the Debtor provided any explanation as to the manner in which she disposed of the additional income. As a result, the Debtor's plan payment should be increased, to account for the Debtor's undisclosed disposable income. 11 U.S.C. §§ 1329, 1325(a)(3).

5.

The Debtor's failure to disclose her household's additional income to the Court may be evidence of the Debtor's bad faith in the prosecution of this Bankruptcy Case, and may constitute an unreasonable and prejudicial delay in the repayment of creditors. As a result, the Debtor's case should be dismissed if pay advices are not provided, a new budget is not filed and/or the plan is not modified. 11 U.S.C. § 1307(c)(1).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court inquire further into the Matter, and

    (1) Increase the Plan Payment in the Debtor's confirmed Plan by the amount of the Debtor's increased net income (following the production of updated pay advices for the Debtor), and increase the dividend to unsecured creditors to one hundred percent (100.0%); or

    (2) Dismiss the instant case pursuant to 11 U.S.C. § 1307(c)(1); and

    (3) for such other relief as this Court deems just and proper.

This 27th day of October, 2020.

Respectfully submitted,

/s/
Kelsey A. Makeever, GA Bar No.: 371499
Attorney for the Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
TEL: (678) 510-1444
FAX: (678) 510-1450
mail@13trusteeatlanta.com

18-11197-WHD

# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Motion to Modify Plan, or in the Alternative, Motion to Dismiss Case using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

ATTORNEY:

HOWARD P. SLOMKA,
HS@ATL.law

I further certify on this day I caused a copy of this document to be served via United States First Class Mail on the following parties at the address shown for each:

DEBTOR(S):

MICHELE LEE MCDOUGAL
1804 CROSSING PLACE
GRIFFIN, GA  30223


This 27th day of October, 2020.

　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　Kelsey A. Makeever, GA Bar No.: 371499
　　　　　　　　　　　　Attorney for the Chapter 13 Trustee
　　　　　　　　　　　　260 Peachtree Street, NW, Suite 200
　　　　　　　　　　　　Atlanta, GA 30303
　　　　　　　　　　　　TEL:  (678) 510-1444
　　　　　　　　　　　　FAX:  (678) 510-1450
　　　　　　　　　　　　mail@13trusteeatlanta.com