# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MICHELE LEE MCDOUGAL, ) | CASE NO. 18-11197-WHD |
| ) | |
| DEBTOR(S). ) | CHAPTER 13 |

## CHAPTER 13 TRUSTEE'S RESPONSE TO DEBTOR'S POST CONFIRMATION MODIFICATION OF PLAN

COMES NOW MELISSA J. DAVEY, Standing Chapter 13 Trustee in the above-styled case, and files this Response to Debtor's Post Confirmation Modification of Plan, and respectfully shows the court the following:

1.

This case was filed on June 7, 2018 and was confirmed by the Court November 20, 2018. The confirmed Plan provides for plan payments in the amount of $620.00 per month and a zero percent (0.00%) dividend to be paid to unsecured creditors.

2.

On November 23, 2020, Debtor filed a Post Confirmation Modification of Plan (Doc.No. 43)("Modificaton"), proposing to extend the term of the Plan to seventy-two (72) months.

3.

The proposed Post Confirmation Plan Modification does not follow the Court's modification procedure as it does not cite the full plan sections being changed. Additionally, the proposed Modification does not state how the Debtor was materially affected by COVID-19, such that the Trustee is unable to determine if the Debtor is eligible for a CARES modification pursuant to 11 U.S.C. Section 1329(d).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court deny Debtor's Post Confirmation Modification of Plan and for such other relief as this Court deems just and proper.

This the 24th day of November, 2020.

                                                Respectfully submitted,

                                                /s/
                                        Kelsey A. Makeever,
                                        Georgia Bar No. 371499
                                        Attorney for the Chapter 13 Trustee
                                        260 Peachtree Street, Suite 200
                                        Atlanta, GA 30303
                                        678-510-1444
                                        mail@13trusteeatlanta.com

18-11197-WHD

# CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Trustee's Response to Debtor's Post Confirmation Modification of Plan using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

ATTORNEY FOR DEBTOR(S):

> HOWARD P. SLOMKA
> HS@ATL.law

I further certify on this day I caused a copy of this document to be served via United States First Class Mail on the following parties at the address shown for each:

DEBTOR(S):

> MICHELE LEE MCDOUGAL
> 1804 CROSSING PLACE
> GRIFFIN, GA  30223

This 24th day of November, 2020.


/s/_____
Kelsey A. Makeever,
Georgia Bar No. 371499
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444
mail@13trusteeatlanta.com