UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                                )
                                      )        CHAPTER 13
MICHELE LEE MCDOUGAL                   )
                                      )        CASE NO. 18-11197-LRC
        DEBTOR.                        )
                                      )

**CHAPTER 13 TRUSTEE'S MOTION TO MODIFY PLAN,
OR IN THE ALTERNATIVE, MOTION TO DISMISS CASE**

Comes now Melissa J. Davey, Standing Chapter 13 Trustee, and files this *Chapter 13 Trustee's Motion to Modify Plan, or in the Alternative, Motion to Dismiss Case*, and respectfully shows the Court the following:

1.

Debtor filed this case under Chapter 13 on June 07, 2018, and the Plan was confirmed on November 20, 2018. This Plan currently provides for payments in the amount of $620.00 per month, an applicable commitment period of thirty-six (36) months and a pro rata portion of the funds remaining after disbursements have been made to all other creditors provided for in this plan to be paid to unsecured creditors.

2.

The confirmed Plan also provides that tax refunds which Debtor is entitled to receive during the applicable commitment period shall be remitted to Trustee for disbursement to creditors under this Plan.

3.

During this case, Trustee did not receive any federal income tax refund for the year 2020 .

4.

If Debtor received federal tax refunds and did not remit them to the Trustee, then Debtor may be in material default of the terms of the confirmed Plan, and may have caused unreasonable delay that is prejudicial to creditors.

5.

Under 11 U.S.C. Sections 1329(a)(1), 1329(a)(2), 1329(b)(1) and 1325(a)(3), the Plan should be modified and the base of the Plan should be increased in the amount of all refunds Debtor *should* have contributed to this case. Debtor must provide tax returns for all years referenced above to determine the proper amount of this adjustment.

6.

In the alternative, if Debtor fails to provide the tax return and/or to remit the required tax refund to the Trustee, then this case should be dismissed. 11 U.S.C. Section 1307(c).

Wherefore, based on the foregoing, Trustee respectfully requests that the Court grant this Motion and modify the Plan to increase the Plan base, or that the Court dismiss the case, and for such other relief as the Court deems just and proper.

Dated: April 22, 2021.

/s/
Kelsey A. Makeever
GA Bar No. 371499
Attorney for Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                                )
                                      )          CHAPTER 13
MICHELE LEE MCDOUGAL                   )
                                      )          CASE NO. 18-11197-LRC
        DEBTOR.                        )
                                      )

## NOTICE OF HEARING ON CHAPTER 13 TRUSTEE'S
## MOTION TO MODIFY PLAN, OR IN THE ALTERNATIVE,
## MOTION TO DISMISS CASE

**PLEASE TAKE NOTICE** that Melissa J. Davey, Standing Chapter 13 Trustee, has filed this *Motion to Modify Plan, or in the Alternative, Motion to Dismiss Case* and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Dismiss in **the U.S Courthouse, 2nd Floor Courtroom, 18 Greenville Street, Newnan, Georgia 30263 at  9:45 am on June 17, 2021. Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.** Judge Ritchey Craig is assigned to this case.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want to Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the **Clerk's Office** is **18 Greenville Street, 2nd Floor, Newnan, GA 30263**. You may also mail a copy of your response to the undersigned at the address stated below.

Dated: April 22, 2021.

/s/
Kelsey A. Makeever
GA Bar No. 371499
Attorney for Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                          )
                                )          CHAPTER 13
MICHELE LEE MCDOUGAL            )
                                )          CASE NO. 18-11197-LRC
        DEBTOR.                 )
                                )

### CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Chapter 13 Trustee's Motion to Modify Plan, or in the Alternative, Motion to Dismiss Case* and *Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of these documents and an accompanying link to these documents to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Melissa J. Davey     cdsummary@13trusteeatlanta.com, cdbackup@13trusteeatlanta.com
Howard P. Slomka     HS@ATL.law,
myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;Slom
kaTR74878@notify.bestcase.com;eisenlawfirm@gmail.com

I further certify that on this day I caused a copy of these documents to be served via United States First Class Mail with adequate postage prepaid with adequate postage prepaid on the following parties set forth below at the address shown for each:

DEBTOR(S):

Michele Lee Mcdougal
1804 Crossing Place
Griffin, GA  30223

        Dated: April 22, 2021.

                                         /s/_____
                                         Kelsey A. Makeever
                                         GA Bar No. 371499
                                         Attorney for Chapter 13 Trustee
                                         260 Peachtree Street, NW, Suite 200
                                         Atlanta, GA 30303
                                         Telephone: 678-510-1444
                                         Facsimile: 678-510-1450
                                         mail@13trusteeatlanta.com